IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARTHUR RUSCHER | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:18-cv-01763-CCB |
| CYS INVESTMENTS, INC. | * | |
| Defendants | * | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Plaintiff and Defendants, acting by and through their respective counsel, hereby stipulate and agree that Plaintiff does hereby withdraw his Application for an Award of Attorneys' Fees and Expenses [ECF 6), and the above-captioned action and all claims asserted herein be, and the same hereby are, dismissed with prejudice.

Date: March 8, 2019

/s/ Donald J. Enright
Donald J. Enright
Federal Bar No. 13551
LEVI & KORSINSKY, LLP
1101 30th Street, N.W.
Suite 115
Washington, DC 20007
Email: denright@zlk.com
Tel: (202) 524-4290
Fax: (202) 337-1567

Attorneys for Plaintiff

/s/ G. Stewart Webb, Jr.
G. Stewart Webb, Jr.
Federal Bar No. 00828
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, Maryland 21202
Email: gswebb@venable.com
Tel: 410-244-7565
Fax: 410-244-7742

Attorneys for Defendants

**SO ORDERED**, this 11th day of March, 2019,

_____
Catherine C. Blake, United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2019, I electronically filed the foregoing Stipulation of Dismissal with Prejudice and [Proposed] Order with the Court and used the CM/ECF system to serve all counsel of record.

/s/ *Donald J. Enright*